IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES D. WILLIAMS                                                             PLAINTIFF

v.                                Civil No. 4:18-cv-04056

SHERIFF JACKIE RUNION, Miller County,
Arkansas; WARDEN JEFFIE WALKER,
Miller County Detention Center ("MCDC");
CAPTAIN GOLDEN ADAMS, MCDC;
SERGEANT ALLEN GRIFFEN, MCDC;
And LIEUTENANT MILLER, MCDC                          DEFENDANTS

## **ORDER**

On May 14, 2018, Plaintiff James D. Williams filed his Amended Complaint. (ECF No. 4). His application to proceed IFP was granted the following day. (ECF No. 7). Plaintiff has named Sergeant Gutherie as an additional Defendant in this lawsuit. Accordingly, the Clerk is **DIRECTED** to add Sergeant Gutherie as a Defendant in this case.

**IT IS SO ORDERED** this 22nd day of May 2018.

                                                           /s/ Barry A. Bryant
                                                           HON. BARRY A. BRYANT
                                                           UNITED STATES MAGISTRATE JUDGE